JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FONTEM VENTURES B.V., a Netherlands company; and FONTEM HOLDINGS 1 B.V., a Netherlands company,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>FIN BRANDING GROUP, LLC, an Illinois limited liability company; ELECTRONIC CIGARETTES INTERNATIONAL GROUP, LTD., a Nevada Corporation, and DOES 1-5, Inclusive,<br><br>　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 14-9268-GW(MRWx)<br><br>**ORDER GRANTING DISMISSAL** |

In light of the Joint Stipulation of Dismissal by Plaintiffs Fontem Ventures B.V. and Fontem Holdings 1 B.V. (together, "Fontem") and Defendants FIN Branding Group, LLC and Electronic Cigarettes International Group, Ltd., f/k/a Victory Electronic Cigarettes Corporation (together, "FIN/ECIG"), the Court hereby ORDERS as follows:

1. All claims and counterclaims between Fontem and FIN/ECIG in Case No. CV14-9268 shall be dismissed without prejudice.

2. Fontem and FIN/ECIG shall each bear its own fees and costs.

3. The Court shall retain jurisdiction of this case for the sole purpose of enforcing the Settlement Agreement between Fontem and FIN/ECIG.

**IT IS SO ORDERED**.

DATED: January 6, 2016

_____
HON. GEORGE H. WU,
United States District Judge